Timothy J. Halloran - 104498
J. Bart Flood - 270697
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA  94108-5530
Tel:    (415) 788-1900
Fax:    (415) 393-8087

Attorneys for Defendant
STEVEN STOLTZ DBA STOLTZ FAMILY
LAW PRACTICE & MICHELLE HARRIS

UNITED STATES DISTRICT COURT

NORHTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANKRUPTCY ESTATE OF CHIEN HWA LEACHMAN, AKA CHIEN HWA WANG, CHIEN HWA WANG-LEACHMAN by ARTHUR BRUNSWASSER, Authorized Agent,<br><br>Plaintiff,<br><br>v.<br><br>MICHELLE HARRIS, STEVEN STOLTZ DBA STOLTZ FAMILY LAW PRACTICE, DOES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | Case No.: CV-12-4072 (EMC)<br><br>[PROPOSED] ORDER RE: STIPULATED REQUEST FOR ORDER CHANGING TIME<br><br>[Pursuant to L.R. 6-2]<br><br>Courtroom:  Courtroom 5 - 17th Floor<br>Judge:      Hon. Edward M. Chen |

Pursuant to the Local Rules of the United States District Court, Northern District of California, Local Rule 6-2, Plaintiff BANKRUPTCY ESTATE OF CHIEN HWA LEACHMAN, AKA CHIEN HWA WANG, CHIEN HWA WANG-LEACHMAN by ARTHUR BRUNSWASSER ("Plaintiff"), Authorized Agent, and Defendants MICHELLE HARRIS AND STEVEN STOLTZ DBA STOLTZ FAMILY LAW PRACTICE ("Attorneys"), submitted a stipulated request to change to time.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

(1) The hearing date on Attorney's motion under Federal Rules of Civil Procedure ("FRCP") 12(b)(6) to dismiss Plaintiff's Complaint, currently set for October 26, 2012 at 1:30 p.m., is moved to December 7~~ 14, 2012 at 1:30 p.m. in Courtroom 5, 17th Floor of the San Francisco Courthouse, 450

Golden Gate Avenue, San Francisco, CA 94102.

(2) Corresponding with the hearing date on Attorney's FRCP 12(b)(6) motion being rescheduled for December 7, 2012, Plaintiff's papers in opposition to Attorney's FRCP 12(b)(6), originally due on October 3, 2012, will now be due on November 23, 2012. Thereafter, Attorney's reply papers in support of the 12(b)(6) motion, currently due on October 10, 2012, will now be due on November 30, 2012.

(3) The Case Management Conference, currently scheduled for November 15, 2012, is rescheduled to January 18, 2013.

(4) The dates set forth in the Court's order setting initial case management conference and ADR deadlines (Dkt. No. 2) are modified as follows:

(a) The last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; last day to file ADR certification; and last to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference; all currently set for October 10, 2012, are rescheduled for December 28, 2012.

(b) The last day to file Rule 26(f) Report, complete with initial disclosures and joint Case Management Statement; both currently set for October 24, 2012, are rescheduled for January 11, 2013.

DATED:   October 2, 2012

By _____
Hon. Edward M. Chen
United States District Court
Northern District of California

ORDER RE: STIPULATED REQUEST FOR CHANGE OF TIME - 2
Case No.: CV-12-4072 (EMC)