ROBERT B. INGRAM [SBN 48047]
25 Saddle Wood Drive
Novato, California 94945
Telephone: (415) 499-0800
Facsimile: (415) 499-0445

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANKRUPTCY ESTATE OF CHIEN HWA LEACHMAN, AKA CHIEN HWA WANG, CHIEN HWA WANG-LEACHMAN by ARTHUR BRUNWASSER, Authorized Agent,<br><br>Plaintiff<br>vs.<br><br>MICHELLE HARRIS, STEVEN STOLTZ DBA STOLTZ FAMILY LAW PRACTICE, DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV-12-4072 EMC<br><br>STIPULATION AND ORDER REGARDING AUTHENTICITY OF DOCUMENTS.<br><br>DATE: December 14, 2012<br>TIME: 1:30 PM<br>COURTROOM: 5 – 17th Floor |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that all documents from the files and records of the cases of *In re Marriage of Leachman*, Alameda County Superior Court No. RF-06-275680, *Brunwasser v. Leachman*, Alameda County Superior Court No. RG-09-9451597, and *In re Chien Hwa Leachman*, Debtor, United States Bankruptcy Court, Northern District of California, No. 11-32144 TEC, that may be submitted by the parties in support of or in opposition to Defendants' Motion To Dismiss, set for hearing on December 14, 2012, be deemed authentic without the need to show authenticity. The parties retain the right to object to all such documents on all grounds except authenticity.

//////////
//////////

1

OBJECTIONS TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

| | | |
|---|---|---|
| 1 | Dated: 11-12-12 | _____<br>ROBERT B. INGRAM<br>Attorney for Plaintiff |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | Dated: 11/15/2012 | MURPHY, PEARSON, BRADLEY & FEENEY |
| 7 | | |
| 8 | | By_____<br>Attorneys for Defendants |
| 9 | | |
| 10 | | |
| 11 | SO ORDERED. | |
| 12 | Dated: 11/16/12 | |

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA