1  ROBERT B. INGRAM [SBN 48047]
   25 Saddle Wood Drive
2  Novato, California 94945
   Telephone: (415) 499-0800
3  Facsimile: (415) 499-0445

4  Attorney for Plaintiff

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

11 BANKRUPTCY ESTATE OF CHIEN           Case No. CV-12-4072 EMC
   HWA LEACHMAN, AKA CHIEN HWA
12 WANG, CHIEN HWA WANG-
   LEACHMAN by ARTHUR                   STIPULATION AND ORDER
13 BRUNWASSER, Authorized Agent,        REGARDING AUTHENTICITY OF
                                        DOCUMENTS.
14         Plaintiff
   vs.                                  DATE:    December 14, 2012
15                                      TIME:    1:30 PM
   MICHELLE HARRIS, STEVEN STOLTZ       COURTROOM: 5 – 17th Floor
16 DBA STOLTZ FAMILY LAW
   PRACTICE, DOES 1 through 20, inclusive,
17
           Defendants.
18

19      IT IS HEREBY STIPULATED by and between the parties through their respective counsel,

20 that all documents from the files and records of the cases of *In re Marriage of Leachman*, Alameda

21 County Superior Court No. RF-06-275680, *Brunwasser v. Leachman*, Alameda County Superior

22 Court No. RG-09-9451597, and *In re Chien Hwa Leachman*, Debtor, United States Bankruptcy

23 Court, Northern District of California, No. 11-32144 TEC, that may be submitted by the parties in

24 support of or in opposition to Defendants' Motion To Dismiss, set for hearing on December 14,

25 2012, be deemed authentic without the need to show authenticity. The parties retain the right to

26 object to all such documents on all grounds except authenticity.

27      //////////

28      //////////

                                                                                                    1

1  Dated: 11-12-12

ROBERT B. INGRAM
Attorney for Plaintiff

6  Dated: 11/15/2012

MURPHY, PEARSON, BRADLEY & FEENEY

By_____
Attorneys for Defendants

SO ORDERED.
Dated: 11/16/12

IT IS SO ORDERED
Judge Edward M. Chen