ROBERT B. INGRAM [SBN48047]
LAW OFFICES OF ROBERT B. INGRAM
25 Saddle Wood Drive
Novato, California 94945
Telephone: (415) 499-0800
Facsimile: (415) 499-0445

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANKRUPTCY ESTATES OF CHIEN HWA LEACHMAN,<br><br>Plaintiff,<br><br>v.<br><br>MICHELLE HARRIS, et al.<br><br>Defendants | No. C 12-04072 EMC<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

    The parties agree to participate in the following ADR process:

**Court Processes:**

    ☐    Non-binding Arbitration (ADR L.R. 4)

    ☐    Early Neutral Evaluation (ENE) (ADR L.R. 5)

    X    Mediation (ADR L.R. 6)

**Private Process:**

☐ Private ADR (*please identify process and provider*)

_____

_____

The parties agree to hold the ADR session by:

☐ the presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)

X   other requested deadline

April 2013

Dated: December 26, 2012

_____
ROBERT B. INGRAM
Attorney for Plaintiff

Dated: December 27, 2012

_____
~~TIMOTHY HALLORAN~~ Bart Flood
Attorney for Defendants

[PROP̶OSED] ORDER

- ☐ The parties' stipulation is adopted and IT IS SO ORDERED.
- ☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Proceedings stayed pending completion of mediation. CMC reset for 5/2/13 at 9:00 a.m. A joint CMC Statement shall be filed by 4/25/13.

Dated: 1/8/13

EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen