ROBERT B. INGRAM [SBN48047]
LAW OFFICES OF ROBERT B. INGRAM
25 Saddle Wood Drive
Novato, California 94945
Telephone: (415) 499-0800
Facsimile: (415) 499-0445

Attorney for Plaintiff


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANKRUPTCY ESTATES OF CHIEN HWA LEACHMAN, <br><br> Plaintiff, <br><br> v. <br><br> MICHELLE HARRIS, et al. <br><br> Defendants | No. C 12-04072 EMC <br><br> STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

    The parties agree to participate in the following ADR process:

**Court Processes:**

    ☐    Non-binding Arbitration (ADR L.R. 4)

    ☐    Early Neutral Evaluation (ENE)    (ADR L.R. 5)

    X    Mediation (ADR L.R. 6)

**Private Process:**

☐ Private ADR (*please identify process and provider*)

_____

_____

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

X    other requested deadline
     April 2013

Dated:   December 26, 2012

_____
ROBERT B. INGRAM
Attorney for Plaintiff

Dated:   December 27, 2012

_____
~~TIMOTHY HALLORAN~~ Bart Flood
Attorney for Defendants

[PROPOSED] ORDER

- ☐ The parties' stipulation is adopted and IT IS SO ORDERED.
- ☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Proceedings stayed pending completion of mediation. CMC reset for 5/2/13 at 9:00 a.m. A joint CMC Statement shall be filed by 4/25/13.

Dated: 1/8/13

_____
EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS 3