**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**CIVIL MINUTES**

| | |
|---|---|
| **Date:** | February 6, 2013 |
| **Case No. and Name:** | C12-4072 EMC Bankruptcy Estate of Chien Hwa Leachman et al. v. Harris, et al. |
| **Deputy Clerk:** | Betty Lee |

**ORDER REGARD JUDGMENT**

- On February 1, 2013, this Court granted Defendants' motion to dismiss in this matter, finding that Arthur Brunwasser, as a creditor of the Bankruptcy Estate, may not bring suit on its behalf. *See* Docket No. 53.  Accordingly, the Court will enter judgment in this matter in sixty (60) days from the date of this order unless, within the same sixty (60) day period, the Bankruptcy Estate seeks relief that would permit it to prosecute this action, such as moving to amend the complaint to substitute Mr. Brunwasser with someone who does have standing to bring suit on its behalf.